CITY OF NEW HAVEN *v.* LOCAL 884,
COUNCIL 4, AFSCME, AFL-CIO

The defendant's petition for certification for appeal from the Appellate Court, 38 Conn. App. 709 (AC 13525), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that, once the arbitration board had committed misconduct under General Statutes § 52-418 (a) (3), the issue of waiver by the plaintiff was not before the court and that § 52-418 (a) (3) required the vacating of the award?"

The Supreme Court docket number is SC 15307.

*J. William Gagne, Jr.,* in support of the petition.

*Steven Samalot,* assistant corporation counsel, in opposition.

Decided September 13, 1995

MAURICE HANSEN ET AL. *v.* CITY OF NEW HAVEN
ET AL.

The petition of the plaintiff estate of Maurice Hansen for certification for appeal from the Appellate Court, 38 Conn. App. 902 (AC 13380), is denied.

*Frank P. Cannatelli,* in support of the petition.

Decided September 13, 1995